**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **WELLS FARGO BANK, N.A.,** | § | |
| **as Certificate Trustee Not in its Individual** | § | |
| **Capacity but Solely as Certificate Trustee,** | § | |
| **in Trust for Registered Holders of VNT** | § | |
| **Trust Series 2010-2,** | § | |
| | § | |
| **Plaintiff,** | § | **No. 3:12-CV-1746-N (BF)** |
| | § | |
| **v.** | § | |
| | § | |
| **LARRY SAMPLES,** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files, and records in this case, and the

Findings, Conclusions, and Recommendation of the United States Magistrate Judge in this case, the

Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct

and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation

of the United States Magistrate Judge are accepted.  Defendant Wells Fargo's Second Motion for

Final Summary Judgment (Doc. 26) is GRANTED with respect to its claims for suit on the note and

breach of contract.

Defendant is entitled to an order allowing foreclosure and an award of attorneys' fees.

Accordingly, Defendant shall submit a proposed agreed order to the Court no later than April 13,

2015.

In all other respects, the motion is DENIED.

**SO ORDERED** March 30, 2015.

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE